

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2022

**By E-Mail**
The Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York  10007

Documents shall be unsealed and sentencing will take place on November 17, 2022 at 2:30 p.m.

/s/Alvin K. Hellerstein, U.S.D.J.
7/11/2022

Re:  **United States** v. **Gary Wilson**, S3 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

As the Court is aware, Gary Wilson, the defendant, has testified in open court pursuant to a cooperation agreement.  Accordingly, the sealing and delayed docketing of the Third Superseding Information and the defendant's guilty plea are no longer necessary, and the Government moves to unseal those documents.[1]

Additionally, the Government respectfully requests that the Court enter an order of referral to the Probation Office for the defendant's presentencing investigation and report and set a sentencing date for the defendant to follow the sentencings of his co-defendants in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/_____
Ryan B. Finkel
Alexander Li
Andrew Rohrbach
Assistant United States Attorneys
(212) 637-6612/2265/2345

CC: Donald Duboulay, Esq. (by email)

---

[1] The Government submits this letter temporarily under seal until such time as the Court unseals the documents referenced herein.