UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY WILSON,<br><br>Defendant. | **ORDER**<br><br>S3 20 Cr. 631 (AKH) |

WHEREAS, with defendant Gary Wilson's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 13, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk by the public filing of this Order and the Government's application for entry of this order;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that this Order and the Government's application for entry of this Order shall be filed under seal until further Order by the Court.

Dated: New York, New York

6/14 , 2022

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK