UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA           :      **SEALED ORDER**

      - v. -                                      :      S3 20 Cr. 631 (AKH)

GARY WILSON,                            :

      Defendant.                         :

------------------------------------- x

    WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the sealing of the transcript of the above-captioned defendant's guilty plea proceeding, the Information, and the plea agreement; and the temporary delay of any docket entries in the above-captioned case with respect to the defendant;

    WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

    IT IS HEREBY ORDERED that the transcript of the defendant's guilty plea proceeding, the Information to which the defendant is pleading guilty, the plea agreement between the defendant and the Government, this Order, and the Government's application for this Order, shall be sealed except as needed for the Government to comply with its discovery obligations; and

    IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter with respect to the defendant until further Order by the Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court no later than six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         June 13 2022

*Jennifer E. Willis*

THE HONORABLE JENNIFER WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK