UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :     **<u>SCHEDULING ORDER</u>**
          -against-                                         :
                                                            :     20 Cr. 631 (AKH)
GARY WILSON,                                                :
                                                            :
                              Defendant.                    :
                                                            :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing currently scheduled for February 7, 2023, is hereby adjourned to

March 27, 2023, at 11:00 a.m.


        SO ORDERED.

Dated:      January 27, 2023           ___/s/ Alvin K. Hellerstein_____
           New York, New York       ALVIN K. HELLERSTEIN
                                 United States District Judge