UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA                              :
                                                      :
                                                      :   **SCHEDULING ORDER**
             -against-                                :
                                                      :   20 Cr. 631 (AKH)
GARY WILSON,                                          :
                                                      :
                          Defendant.                  :
                                                      :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The hearing currently scheduled for August 20, 2024, is hereby adjourned to August 21, 2024 at 12:00 p.m.

       SO ORDERED.

Dated:   August 15, 2024           __/s/ Alvin K. Hellerstein____
         New York, New York      ALVIN K. HELLERSTEIN
                                United States District Judge