UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA          :

        -against-          :          **ORDER**

                  :          20 Cr. 631(AKH)

Gary Wilson,          :

        Defendant.          :
-------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Gary Wilson, shall continue on supervised release, on indictment 20 Cr.631(AKH), and shall be released from the custody of the United States Marshals. The defendant shall report to Probation every Tuesday between 12:00pm and 3:00 p.m. The defendant shall also participate in a drug out-patient treatment program and continue his full-time employment.

    SO ORDERED.

Dated:    October 9, 2024
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge