```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                :
                                :   ORDER
UNITED STATES OF AMERICA        :
                                :   20 Cr. 631 (AKH)
          - v. -                :
                                :
GARY WILSON,                    :
                                :
                                :
------------------------------- x
```

Alvin K. Hellerstein, District Judge:

For the reasons stated on the record on August 27, 2025, it is ORDERED that the defendant Gary Wilson's conditions of supervised release are modified as follows:

1. The defendant, Gary Wilson, shall be subject to in-patient drug rehabilitation and mental health treatment, as directed by the Probation Department.

2. The defendant, Gary Wilson, shall surrender to the Probation Department on the 7th Floor of the U.S. District Court, Southern District of New York, 500 Pearl Street, New York, NY on September 8, 2025 at 10:00 AM, to begin in-patient treatment.

Dated:   New York, New York
         August 28, 2025

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK