UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                 :

UNITED STATES OF AMERICA,          :

                                 :     **SCHEDULING ORDER**

   -against-                      :

                                 :     20 Cr. 631 (AKH)

GARY WILSON,                     :

                                 :

                    Defendant.     :

                                 :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         The hearing previously scheduled for January 28, 2026 at 12:00 p.m. is adjourned to February 18, 2026 at 11:00 a.m.

         SO ORDERED.

Dated:      January 27, 2026                    /s/ Alvin K. Hellerstein
              New York, New York             ALVIN K. HELLERSTEIN
                                          United States District Judge

1