UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                              :

UNITED STATES OF AMERICA,       :

                              :    **SCHEDULING ORDER**

   -against-                 :

                              :    20 Cr. 631 (AKH)

GARY WILSON,                 :

                              :

                    Defendant.   :

                              :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The VOSR hearing scheduled for March 11, 2026, is adjourned to April 7, 2026

at 11:30 a.m.

       SO ORDERED.

Dated:      March 4, 2026                 /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                   United States District Judge