UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :     **SCHEDULING ORDER**
       -against-                                               :
                                                               :     20 Cr. 631 (AKH)
GARY WILSON,                                                   :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The VOSR hearing scheduled for April 7, 2026, is adjourned to April 8, 2026 at

11:00 a.m.

   SO ORDERED.

Dated:  March 24, 2026        /s/ Alvin K. Hellerstein
     New York, New York      ALVIN K. HELLERSTEIN
                  United States District Judge

1