UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

                              :

UNITED STATES OF AMERICA,          :

                              :     **SCHEDULING ORDER**

  -against-                   :

                              :     20 Cr. 631 (AKH)

GARY WILSON,                  :

                              :

                   Defendant.    :

                              :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The VOSR hearing scheduled for April 8, 2026, is adjourned to May 13, 2026 at

11:30 a.m.

        SO ORDERED.

Dated:      April 6, 2026                         /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                    United States District Judge

1