

COUNSELORS AT LAW

CARDI & EDGAR
LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

April 15, 2026

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

The VOSR hearing scheduled for May 13, 2026 is adjourned to May 27, 2026 at 11:30 a.m.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/21/2026

Re: *United States v. Gary Wilson*, 20-CR-631 (AKH)

Dear Judge Hellerstein:

I am counsel to Gary Wilson in the above-referenced action. I write to request an adjournment of the violation of supervised release hearing scheduled for May 13, 2026. The reason for this request is that I will be out of town on that date. I am available on May 12 in the afternoon, May 19, and May 21 in the morning. The Government does not object to this request.

I thank you in advance for your consideration of this matter.

Respectfully,

/s/

Dawn M. Cardi

cc: all counsel via ECF