UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                       :

UNITED STATES OF AMERICA,        :

                                       :      **SCHEDULING ORDER**

    -against-                           :

                                       :      20 Cr. 631 (AKH)

GARY WILSON,                     :

                                       :

                     Defendant.      :

                                       :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Having seen Defendants' submission objecting to his attorney's request for

adjournment (ECF No. 566), the VOSR hearing scheduled for May 27, 2026, shall instead be

held on May 7, 2026 at 2:30 p.m.

        SO ORDERED.

Dated:      April 21, 2026                        /s/ Alvin K. Hellerstein
               New York, New York              ALVIN K. HELLERSTEIN
                                              United States District Judge

1