UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,     :     20-Cr-631 (AKH)

         -against-            :

GARY WILSON,             :     <u>ORDER</u>

             Defendant.     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today regarding defendant's violation of supervised release, with counsel for all parties present,

IT IS HEREBY ORDERED that defendant Gary Wilson shall be released by the Metropolitan Detention Center to directly enter the inpatient substance abuse treatment program at Cornerstone. Defendant will participate in and successfully complete that inpatient substance abuse treatment program, which program may include testing to determine whether he has reverted to using drugs or alcohol. Defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

The Metropolitan Detention Center is directed to supply Mr. Wilson with an adequate supply of his currently prescribed medications for his use at his arrival at Cornerstone.

There will be a status conference in this matter on January 6, 2027, at 11:00 a.m. before Hon. Alvin K. Hellerstein.

Dated: New York, New York
       May 7, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.