UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-cr-631 (SHS) |
| -against- | : | ORDER |
| GARY WILSON, | : | |
| Defendant(s). | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference on Monday, November 9, 2026, at 10:30 a.m. in Courtroom 23A.

Dated: New York, New York
November 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.