UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-cr-631 (SHS) |
| -against- | : | ORDER |
| GARY WILSON, | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the November 9 conference is adjourned to November 30, 2026, at 4:30 p.m. in Courtroom 23A.

Dated: New York, New York
November 17, 2026

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.